# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY VAN DIEST,<br><br>Defendant. | Case No. 2:22-mj-00580-EJY<br><br>ORDER |

## **ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled for December 14, 2022, at 10:00 a.m., be vacated and continued to January 18, 2023, at 9:00 a.m. in Courtroom 3D..

DATED this 13th day of December 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3