**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY VAN DIEST,<br><br>Defendant. | Case No. 2:22-MJ-00580-EJY<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled for January 18, 2023, at 9:00 a.m., be vacated and continued to Wednesday, February 22, 2023 at 9:00 a.m. in Courtroom 3D.

DATED this 17th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE